# UNITED STATES BANKRUPTCY
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION –DETROIT

In re:

Bruce N. Winklepleck and
Patricia A. Winklepleck,
        Debtor
_____ /

CASE NO. 09-63775-wsd
CHAPTER 13
HON. WALTER SHAPERO

## ORDER GRANTING APPLICATION FOR FEES

The Attorney for the Debtor having filed an application for fees (#72) and the matter having come on for hearing on June 20, 2010, the said application requesting fees in the amount of $7309 and expenses in the amount of $231.21; the Court having reviewed the application and Court files in relation to the bankruptcy case as well as the related adversary proceeding, 09-5747, and the Court being concerned about the numerous adjourned confirmation proceedings and time entries relating thereto; and it appearing that in most if not all of such cases the confirmation hearings were attended and then adjourned because of delays in obtaining the order stripping the mortgage in said adversary proceeding; it appearing in connection with the latter that (a) a motion for default judgment was filed on December 15, 2009; (b) the Court submitted its order memo to Counsel in connection therewith on December 17, 2009, requiring supplements to said default judgment; (c) in response thereto, applicant submitted a corrected default judgment motion on April 30, 2010, some four months after receipt of said order memo;(d) during that interval applicants time sheets indicate attendance at and services involving confirmation hearings on February 1, 2010 and April 19, 2010; (e) while a corrected default judgment motion was filed on April 30, 2010, which corrected the deficiencies pointed out in the December 17, 2009 order memo, the records of the court do not reflect submission of a proposed order incident to that corrected default judgment until shortly before December 22, 2010, some eight months thereafter; (f) an order stripping the mortgage was entered on December 22, 2010; (g) during the interval between April 19, 2010 and this latter date, applicants time sheets indicate attendance at, and services involving, adjourned confirmation hearings on May 24, 2010,. July 26, 2010, October 25, 2010, November 22, 2010 and December 13. 2010; (h) an order confirming the plan was entered on February 4, 2011, after the confirmation hearing held on January 31, 2010; the

Court concluding that the indicated adjourned confirmation dates were due to the failure of applicant's counsel to properly and promptly apply for, and obtain, the required order in the adversary proceeding, and accordingly attendance at and services performed in connection with said hearings were neither reasonable nor necessary; and, that by reason thereof the fees requested will be reduced by the sum of $4,245.00; with result that the application for fees is granted in the amount of $3,064.00 with expenses in the indicated applied for amount.

**Signed on June 21, 2011**

                                                **/s/ Walter Shapero**
                                      **Walter Shapero**
                                      **United States Bankruptcy Judge**